UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:
NICOLE A WILLIAMS                              CASE No. 19-14235-LMI

   Debtor                                      CHAPTER 13
_____/

OBJECTION TO CLAIM

IMPORTANT NOTICE TO CREDITOR:
THIS IS AN OBJECTION TO YOUR CLAIM

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule
3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtor(s) objects to the following claims filed in this case.

| Claim | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 8 | U.S. Bank Trust National Association, as Trustee of Cabana Series III Trust | $89,810.44 | On 04/30/2019 this creditor filed a proof of claim In the amount of $89,810.44 secured claim and arrears in the amount of $17,682.70. Debtor objects to this proof of claim as debtor is working on a loan modification and is currently making |

modification trial payments to creditor.

Therefore, should be allow as file with no arrears and will continue direct payments outside of this bankruptcy chapter 13 plan.

*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading. (See Local Rule 3007-1(C)).

**/s/Luis A Torrens**
**Attorney for Debtor(s) Luis A Torrens, ESQ**
**Address: 8045 NW 155th Street**
**Miami Lakes, FL 33016**
**Telephone: 305-364-4848**
**Fax: 305-356-7167**
**Florida Bar No.:29756**
**email:Luis@torrenslaw.com**

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).